REVISED October 6, 2009

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 21, 2009

Charles R. Fulbruge III
Clerk

No. 09-20032
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MATIAS MAURICIO STRACKE PULLIRO, also known as Mauricio Matias
Stracke, also known as Matias Mauricio Stracks, also known as Matias Mauricio
Stracke-Pulliro,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CR-567-ALL

Before HIGGINGBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Matias Mauricio Stracke Pulliro pled guilty to having been found
unlawfully present in the United States subsequent to a prior conviction. He
was sentenced to 70 months of imprisonment and a three-year term of
supervised release.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

In his sole issue on appeal, Pulliro argues that the district court erred in finding that his 2005 Texas conviction for arson was a crime of violence for purposes of the 16-level enhancement provided for by U.S.S.G. § 2L1.2(b)(1)(A)(ii).  He maintains that because the Texas statute (TEX. PENAL CODE ANN. § 28.02 (Vernon 2003)) does not require intended harm to a person for a conviction, it is broader than the common-law definition of arson.  This court recently rejected this same argument in United States v. Velez-Alderete, 569 F.3d 541, 544-46 (5th Cir. 2009).  In light of our holding in Velez-Alderete, the district court did not err in applying Section 2L1.2's 16-level enhancement based on Pulliro's prior Texas arson conviction.

AFFIRMED.